IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES SLAUGHTER
                                                    PLAINTIFF

V.            CIVIL ACTION NO. 3:20-cv-789-CWR-FKB

DR. DANIEL P. EDNEY, IN
HIS OFFICIAL CAPACITY AS
THE MISSISSIPPI STATE
HEALTH OFFICER, ET AL.
                                                    DEFENDANTS


30(B)(6) DEPOSITION OF
MISSISSIPPI ASSOCIATION FOR HOME CARE

REBECCA KNIGHT


Taken at the instance of the Plaintiff at
Butler Snow, LLP, 1020 Highland Colony Parkway,
Suite 1400, Ridgeland, Mississippi, on Wednesday,
April 19, 2023,
beginning at 8:56 a.m.



EXHIBIT 4

REPORTED BY:

GINGER H. BROOKS, CCR #1165
CRR, RPR, CRC, CCR, CLR, RSA

```
 1              MR. RICE:  Objection to form.
 2              MR. DAVIS:  Ms. Knight, if I thought
 3      long enough, I could probably ask more
 4      questions, but I'm going to tender the
 5      witness.
 6   EXAMINATION BY MR. SHELVER:
 7      Q.   I just have a few questions, very
 8   briefly.
 9              You mentioned patient census several
10   times today, and I just want you to define or
11   explain what you mean by "patient census" for the
12   Court.
13      A.   Patient census is the patients that we
14   serve.  It's the unique number.
15              I mean, it's -- we could look at it a
16   couple of different ways.
17              You can look at it as a current.  If I
18   were to tell you today I have a patient census of
19   this, that might represent the number of patients
20   that I have currently actively on home care.
21              And then you could also view patient
22   census as patients served, how many patients
23   served that may not -- no longer be active on home
24   care.
25      Q.   So if the CON and the moratorium were
```

MS Assc. for Home Care 30(b)(6) Rebecca Knight 10/20/2023

```
 1   removed and the market was opened wide up like
 2   Mr. Slaughter wants, explain to me what would
 3   happen, generally.
 4        A.   Well, generally, that patient census
 5   would decline, and it would be dispersed among who
 6   knows how many companies, and then you would see a
 7   lack of investment dollars to improve care.  I
 8   believe you would see that increased opportunity
 9   for fraud.  And I believe that because that's what
10   we see.  We've seen that in other states.
11        Q.   If you had to tell the Court which parts
12   of the state would be more adversely affected by
13   the reduction in the patient census, what would
14   you say?
15        A.   The rural areas.
16        Q.   Rural areas?
17        A.   Absolutely.
18        Q.   Why is that?
19        A.   Because, again, in order to even operate
20   with positive margins, you have to have a patient
21   population that's going to support that, and you
22   would -- you would tend to migrate to those
23   geographies where the density of that patient
24   population was greater.
25        Q.   In Mississippi, where are the greatest
```

```
 1                CERTIFICATE OF COURT REPORTER
 2                I, Ginger H. Brooks, Court Reporter and
 3   Notary Public, in and for the State of
 4   Mississippi, hereby certify that the foregoing
 5   contains a true and correct transcript of the
 6   testimony of REBECCA KNIGHT, as taken by me in the
 7   aforementioned matter at the time and place
 8   heretofore stated, as taken by stenotype and later
 9   reduced to typewritten form under my supervision
10   by means of computer-aided transcription.
11                I further certify that under the
12   authority vested in me by the State of Mississippi
13   that the witness was placed under oath by me to
14   truthfully answer all questions in the matter.
15                I further certify that, to the best of
16   my knowledge, I am not in the employ of or related
17   to any party in this matter and have no interest,
18   monetary or otherwise, in the final outcome of
19   this matter.
20                Witness my signature and seal this the
21   9th day of November, 2023.
22
23                              _____
                                GINGER H. BROOKS, #1165
24                              CRR, RPR, CCR
     My Commission Expires:
25   September 18, 2025
```