IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES SLAUGHTER

                                                       PLAINTIFF

V.        CIVIL ACTION NO. 3:20-CV-789-CWR-FKB

DR. DANIEL P. EDNEY, IN
HIS OFFICIAL CAPACITY AS
THE MISSISSIPPI STATE
HEALTH OFFICER

                                                       DEFENDANT

MISSISSIPPI ASSOCIATION FOR
HOME CARE

                                        INTERVENOR DEFENDANT


DEPOSITION OF CHARLES SLAUGHTER


Taken at the instance of the Defendant at Butler Snow, LLP, 1020 Highland Colony Parkway, Suite 1400 Ridgeland, Mississippi 39157, on Wednesday, March 22, 2023, beginning at 10:00 a.m.


REPORTED BY:

ROBIN G. BURWELL, CCR #1651

Charles Slaughter 3/22/2023

```
 1              MR. RICE:  Objection to form.
 2              THE WITNESS:  Well, sure.  Any --
 3              MR. RICE:  Just let me put an objection
 4    on the record.  Objection to form, but you can
 5    answer.
 6              THE WITNESS:  Sure.  Anytime you open a
 7    business, you have to look at expenses, what it
 8    would take.  And I've done that.  In fact, if
 9    we -- if I was able to do it, the way I would want
10    to do it, and I think would open up for other
11    physical therapists and occupational therapists.
12              Because the two schools, there's not a
13    shortage like there was back when this was done.
14    And so if a physical therapist, an occupational
15    therapist, a nurse, a speech therapist and a
16    couple of aids opened one, then you would only
17    have the expense of the people who were actually
18    providing the care.  You wouldn't have a big
19    bureaucracy.  So we could lower the cost of home
20    health agencies, which is a big thing because if
21    we don't do something for Medicare, the
22    projections is that it will go bankrupt by 2030.
23    So this is a way to reduce the cost of home health
24    care.
25         Q.   (By Ms. Smith)  We're going to go get
```