# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLES SLAUGHTER**, *Plaintiff*, v. **DR. DANIEL P. EDNEY,** *in his official capacity as the Mississippi State Health Officer*, *Defendant*, v. **MISSISSIPPI ASSOCIATION FOR HOME CARE,** *Intervenor-Defendant.* | CAUSE NO. 3:20-CV-789-CWR-ASH |

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 107, this cause is dismissed with prejudice and closed on the Court's docket.

**SO ORDERED**, this the 28th day of January, 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

1