# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**CHARLES SLAUGHTER,**
    *Plaintiff*,

    *v.*                         No. 3:20-cv-789-CWR-ASH

**DR. DANIEL P. EDNEY**,
in his official capacity as the
Mississippi State Health Officer,
    *Defendant*,

**MISSISSIPPI ASSOCIATION
FOR HOME CARE**,
    *Intervenor-Defendant*.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Charles Slaughter appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on January 28, 2026 (Doc. 108), limited to those parts of the judgment granting in part the Defendants' motions for summary judgment; denying in part Plaintiff's motion for summary judgment; and denying Plaintiff's request for attorneys' fees, costs, and expenses pursuant to 42 U.S.C. § 1988.

                                             Respectfully submitted,

                                             */s/ Aaron R. Rice*

| | |
|---|---|
| A. Seth Robbins | Aaron R. Rice |
| MS Bar No. 103096 | MS Bar No. 103892 |
| LAKELAND LAW GROUP, PLLC | AMERICAN DREAM LEGAL |
| 4209 Lakeland Drive, Suite 156 | 1888 Main Street, Suite C, 164 |
| Flowood, Mississippi 39232 | Madison, Mississippi 39110 |
| Telephone: (601) 301-3490 | Telephone: (601) 879-5595 |
| seth@lakelandlawgroup.com | aaron.rice@americandreamlegal.org |

                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Aaron R. Rice, counsel for Plaintiff, hereby certify that the foregoing document has been filed using the Court's ECF filing system and thereby served on all counsel of record who have entered their appearance in this action to date.

      This the 27th day of February, 2026.

/s/ <em>Aaron R. Rice</em>